**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHRISTINA PARK,

                   Plaintiff,                   **SCHEDULING ORDER**

     -against-                             19 Civ. 4091 (KMK)(JCM)

LINK SOLUTIONS, INC., *et al.*,

                   Defendants.
---------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for April 24, 2020 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  March 23, 2020
          White Plains, New York

                                         **SO ORDERED:**

                                         */s/ Judith C. McCarthy*
                                         _____
                                         JUDITH C. McCARTHY
                                         United States Magistrate Judge