**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHRISTINA PARK,

                Plaintiff,              **SCHEDULING ORDER**

    -against-                         19 Civ. 4091 (KMK)(JCM)

LINK SOLUTIONS, INC., *et al.*,

                Defendants.
-------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for April 24, 2020 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  March 23, 2020
          White Plains, New York

                                          **SO ORDERED:**

                                        _____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge