UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARK,

                       Plaintiff,

v.    **ORDER**

LINK SOLUTIONS INC., et al.,    19-cv-04091 (PMH)

                       Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has been reassigned to me. Due to a further conference scheduled before Magistrate Judge McCarthy and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for June 9, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       June 1, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge